USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON JAQUEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

MAESTROVISION, INC.,

                Defendant.

1:21-cv-1690-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed the Complaint on February 25, 2021.  [ECF No. 1].  Proof of service filed with the Court on March 15, 2021, reflects that Defendant was served with the Complaint on March 11, 2021.  [ECF No. 5].  To date, Defendant has not answered the Complaint or otherwise appeared in this action.  On July 26, 2021, this Court ordered that any motion for entry of default judgment from the Plaintiff was due on or before August 26, 2021.  [ECF No. 6].  To date, Plaintiff has not filed a motion for entry of default judgment.

Accordingly, it is hereby ORDERED that any motion for entry of a default judgment is due on or before **October 15, 2021**.  Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.  Failure to move for default judgment by that date may result in dismissal of the case for failure to prosecute.

**SO ORDERED.**

**Date:  September 15, 2021**
**New York, NY**

                *Mary Kay Vyskocil*
                MARY KAY VYSKOCIL
                **United States District Judge**